Meredith D.M. Bateman, OSB #192273
Email: meredith.bateman@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, OR 97204
Tel.: (503) 226-5724\Fax: (503) 248-9085

David Neu, admitted *pro hac vice*
Email: david.neu@klgates.com
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
  Attorneys for Defendants Wyndham Resort
Development Corp. and Worldmark, The Club NPO

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ARNO CAMPBELL, individually, and LORI CAMPBELL, individually,<br><br>        Plaintiffs<br><br>v.<br><br>WYNDHAM RESORT DEVELOPMENT CORP.; WORLDMARK, THE CLUB NPO; and JOHN DOES 1-50,<br><br>        Defendants. | Case No. 3:20-cv-01296-SI<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS PROCEEDINGS WITHOUT PREJUDICE** |

Pursuant to the Joint Stipulation to Dismiss Proceedings filed herewith,

IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice.

DATED: this 24th day of August, 2020.

The Hon. Michael H. Simon
 US District Court Judge for the District of Oregon
 (Portland)

PAGE 1 – ORDER GRANTING JOINT STIPULATION TO DISMISS PROCEEDINGS

K&L GATES LLP
ONE SW COLUMBIA STREET
SUITE 1900
PORTLAND, OR 97204
TELEPHONE: (503) 228-3200